

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brinkerhoff Inspection, Inc.  * From the County Court at Law
d/b/a SMOB                       of Midland County,
                                 Trial Court No. CC23932.

Vs. No. 11-22-00278-CV         * October 26, 2023

Forklift Rental & Equipment, LLC,  * Memorandum Opinion by Williams, J.
                                     (Panel consists of: Bailey, C.J.,
                                     Trotter, J., and Williams, J.)

   This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Brinkerhoff Inspection, Inc. d/b/a SMOB.